IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EDDY SPEARMAN | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-90 |
| BRYAN COLLIER, *et al.*, | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Eddy Spearman, an inmate confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants TDCJ Director, Bryan Collier, Head Warden, Kevin Wheat, and Assistant Warden Gregory Vaughn.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's request for a preliminary injunction be denied as moot (docket entry no. 20).

.   The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on April 10, 2020 (docket entry no. 21).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. The request for a preliminary injunction is **DENIED** as moot.

So ORDERED and SIGNED, Jun 02, 2020.

_____
Ron Clark
Senior Judge