**\*\*NOT PRINTED FOR PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EDDY SPEARMAN | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-90 |
| BRYAN COLLIER, *et al.*, | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Eddy Spearman, an inmate formerly confined with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendants.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 26).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge has been filed.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in

---

[1] Plaintiff received a copy of the Report and Recommendation on Jun 15, 2020 (docket entry no. 27).

accordance with the recommendations of the Magistrate Judge.

So ORDERED and SIGNED, Jul 29, 2020.

_____
Ron Clark
Senior Judge